**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **WALTER DICASTANADO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 21-4386** |
| | : | |
| **KILOLO KIJAKAZI, ACTING** | : | |
| **COMMISSIONER, SOCIAL** | : | |
| **SECURITY ADMINISTRATION** | : | |

# ORDER

**AND NOW**, this 28th day of June 2022, upon careful and independent consideration of the administrative record (ECF Doc. No. 10), Plaintiff's Brief (ECF Doc. No. 11), Commissioner's Response (ECF Doc. No. 15), Plaintiff's Reply (ECF Doc. No. 16), review of Judge Heffley's April 21, 2022 Report and Recommendation (ECF Doc. No. 17), Plaintiff's Objections (ECF Doc. No. 18), the Commissioner's Response (ECF Doc. No. 19), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. We **overrule** Plaintiff's Objections (ECF Doc. No. 18);

2. We **approve** and **adopt** Judge Heffley's April 21, 2022 Report and Recommendation (ECF Doc. No. 17);

3. We **deny** the Plaintiff's Request for Review (ECF Doc. No. 1); and,

4. The Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**